# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-319-1** |
| | : | |
| v. | : | |
| | : | |
| **DAVID COPES, a/k/a** | : | |
| **DAVID HENDERSON-COPES** | : | |

## ORDER

**NOW,** this 13th day of November, 2018), upon consideration of the Defendant's Motion to Dismiss Count Three (Document No. 9) and the government's response, it is **ORDERED** that the motion is **DENIED.**

/s/TIMOTHY J. SAVAGE